No. 2008–1042.

United States Court of Appeals, Federal Circuit.

June 25, 2008.

Lee J. YARBROUGH, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.

No. 2007–7146.

United States Court of Appeals, Federal Circuit.

June 25, 2008.

## ON MOTION

### ORDER

Upon consideration of Lee J. Yarbrough's motion to withdraw his appeal,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.